# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GENE ALLEN,

    Petitioner,   2:07-cv-0226-PMP-LRL

vs.   **ORDER**

STATE OF NEVADA, *et al.*,

    Respondents.

Before the court is petitioner's second motion to vacate judgment (docket #17). This habeas corpus action was dismissed on January 19, 2008 (docket #12). The court previously denied a motion to vacate judgment on May 9, 2010 (#16).

Petitioner's motion is untimely and provides no sufficient basis to support the requested relief. Because this matter has been closed for some time, and the time for appeal has expired, petitioner is advised that he may not file any other documents herein.

**IT IS THEREFORE ORDERED** that petitioner's motion (docket #17) is **DENIED**.

**IT IS FURTHER ORDERED** that the clerk shall not file any additional documents in this matter, with the exception of a notice of appeal which shall be processed according to law.

DATED: July 20, 2010.

PHILIP M. PRO
United States District Judge